**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Civil Action No. 26cv05680 |
| QVC GROUP, INC., *et al.*,[1] | Bankruptcy Case No. 26-90447 (ARP) |
| Debtors. | (Jointly Administered) |
| Adam Gui, *et al.*, | |
| Appellants. | |

**NOTICE OF APPEARANCE**

---

[1]  A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/QVC.  The location of Debtor QVC Group, Inc.'s corporate headquarters and the Debtors' service address in these chapter 11 cases is 1200 Wilson Drive, West Chester, Pennsylvania 19380.

PLEASE TAKE NOTICE that Rex W. Manning of Kirkland & Ellis LLP enters his appearance as counsel for Debtors/Appellees QVC Group, Inc., et al, (together, the "Debtors"), in the above-referenced case.  He is admitted to practice in this Court.

Dated:  July 20, 2026

*/s/Rex Manning*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL**
**LLP**
Rex Manning (TX Bar No. 24118452)
609 Main Street
Houston, TX 77002
Telephone:    (713) 836-3600
Facsimile:    (713) 836-3601
Email:        rex.manning@kirkland.com

*Counsel for the Debtors/Appellees*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on all counsel of record via the Court's CM/ECF filing system on this 20th day of July 2026.

*/s/ Rex W. Manning*
Rex W. Manning