# KIRKLAND & ELLIS LLP

609 Main Street
Houston, TX 77002
United States

Rex W. Manning
To Call Writer Directly:
+1 713 836 3474
rex.manning@kirkland.com

+1 713 836 3600

www.kirkland.com

Facsimile:
+1 713 836 3601

July 22, 2026

**Via ECF**

The Honorable George C. Hanks, Jr.
United States District Judge
United States District Court for the
Southern District of Texas
515 Rusk St., Room 11535
Houston, Texas 77002

Re:    *Gui. et al., Case No. 26-cv-05680* (S.D. Tex.)*, on appeal from *In re QVC
Group, Inc., et al., Case No. 26-90447 (ARP)* (Bankr. S.D. Tex.)

Dear Judge Hanks:

I write for the QVC Debtors to apprise Your Honor of the Bankruptcy Court's ruling on appellants' motion for a stay pending appeal and to address next steps.

*First*, in a 25-minute oral ruling today, Judge Perez denied the stay motion. Judge Perez found that Appellants are not likely to prevail on the merits of their appeal; that Appellants are not irreparably harmed if the stay is not granted; that the Debtors and other stakeholders would experience substantial harm if the confirmation order were stayed; and that the public interest favors the consummation of confirmed restructuring plans. Judge Perez also ruled, in the alternative, that the appropriate measure of the harm from a stay would require setting a bond of no less than $631 million. We will provide a transcript as soon as it is available.

*Second*, in compliance with Federal Rule of Appellate Procedure 27, the Debtors are preparing a version of their opposition that meets the requirements of motions filed in appellate proceedings. We will be prepared to submit that opposition no later than 11:59 PM CT on Monday, July 27, 2026, or at a time that Your Honor orders it to be filed. A copy of the opposition brief that we filed in the Bankruptcy Court is available at ECF 6.

*Third*, as we said in our initial letter on Monday—and reiterated for the Bankruptcy Court yesterday—Bankruptcy Rule 3020(e) provides for an automatic stay of confirmation orders for

## KIRKLAND & ELLIS LLP

The Honorable George C. Hanks, Jr.
July 22, 2026
Page 2


14 days. The Debtors have not sought a waiver of that provision, and they are not seeking one. The Debtors will not consummate the transactions in their confirmed plan until the 14-day automatic stay expires.

We stand ready to proceed on any schedule that Your Honor orders for the disposition of Appellants' motion for stay pending appeal.

We thank the Court for its attention to this matter and are happy to address any questions the Court may have.

Sincerely,

*/s/ Rex W. Manning*

Rex W. Manning