**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>QVC GROUP, INC., *et al.*,[1]<br><br>    Debtors.<br><br>Adam Gui, *et al*.,<br><br>    Appellants. | )<br>)<br>)  Civil Action No. 4:26-cv-05680<br>)<br>)  Bankruptcy Case No. 26-90447 (ARP)<br>)<br>)  (Jointly Administered)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE THAT Simpson Thacher & Bartlett LLP and Howley Law PLLC are making appearances as counsel in the above-captioned case as attorneys for JPMorgan Chase Bank, N.A. (in its separate capacities as the administrative agent under the Debtors' prepetition revolving credit facility (in such capacity, the "RCF Agent") and administrative agent under the Debtors' Debtor-In-Possession letter of credit facility (in such capacity, the "DIP LC Agent")).  All notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following office address, telephone number and e-mail:

Alan C. Turner, Esq.
Nicholas E. Baker, Esq.
Griselda Cabrera, Esq.
**SIMPSON THACHER & BARTLETT LLP**
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-3725
Facsimile: (212) 455-2502

---

[1]    A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' solicitation agent at https://restructuring.ra.kroll.com/QVC.  The location of Debtor QVC Group, Inc.'s corporate headquarters and the Debtors' service address in these chapter 11 cases is 1200 Wilson Drive, West Chester, Pennsylvania 19380.

Email: aturner@stblaw.com
Email: nbaker@stblaw.com
Email: griselda.cabrera@stblaw.com

- and –

Tom A. Howley
Eric Terry
**HOWLEY LAW PLLC**
700 Louisiana St., Suite 4220
Houston, Texas 77002
Telephone:  713-333-9125
Email:  tom@howley-law.com
Email:  eric@howley-law.com

Dated: July 22, 2026
      Houston, Texas

Respectfully submitted,

*/s/ Tom A. Howley*
Tom A. Howley - Texas Bar No.  24010115
Eric Terry - Texas Bar No.  00794729
**HOWLEY LAW PLLC**
700 Louisiana St., Suite 4220
Houston, Texas 77002
Telephone: 713-333-9125
Email:  tom@howley-law.com
Email:  eric@howley-law.com

- and -

Alan C. Turner, Esq.
New York Bar No. 4000147
Nicholas E. Baker, Esq.
New York Bar No. 4602066
Griselda Cabrera, Esq.
New York Bar No. 5692579
(*Admissions pro hac vice forthcoming*)
**SIMPSON THACHER & BARTLETT LLP**
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
Email: aturner@stblaw.com
Email: nbaker@stblaw.com
Email: griselda.cabrera@stblaw.com

***Counsel for the RCF Agent and DIP LC Agent***

2

## Certificate of Service

I certify that on July 22, 2026, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Southern District of Texas – Houston Division, using the Electronic Case Filing System of the court.

/s/  Tom A. Howley
Tom A. Howley