UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 26-cv-05680 |
|---|---|---|---|
| Adam Gui, et al. | | | |
| *versus* | | | |
| QVC Group, Inc., et al. | | | |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Agustina G. Berro<br>GLENN AGRE BERGMAN & FUENTES LLP<br>1185 Avenue of the Americas, 22nd Floor<br>New York, NY 10036<br>212-970-1616; aberro@glennagre.com<br>New York 5202973 |

| | |
|---|---|
| Name of party applicant seeks to appear for: | Appellants Adam Gui, Citadel Americas LLC, Converium Capital Inc., Cygnus Opportunity Fund, LLC, Fore Capital, Highbridge Tactical Credit Institutional Fund, Ltd., Highbridge Tactical Credit Master Fund, L.P., Kenneth Grossman, Mycor L/S Credit Master Fund, LP, and New Holland Trading LLC (formerly known as Plum Island Partners LLC) |

Has applicant been sanctioned by any bar association or court? Yes ____ No ✔

On a separate sheet for each sanction, please supply the full particulars.

| | |
|---|---|
| Dated: 7/27/2026 | Signed: /s/ Agustina G. Berro |

| | |
|---|---|
| The state bar reports that the applicant's status is: | |
| Dated: | Clerk's signature |

## Order

**This lawyer is admitted *pro hac vice*.**

Dated: ______________________

______________________________
United States District Judge