United States District Court
Southern District of Texas
**ENTERED**
July 27, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT                 SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:26-cv-05680 |
|---|---|---|---|

| Adam Gui, et al. |
|---|
| *versus* |
| |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Michael P. Esser<br>Kirkland & Ellis LLP<br>555 California Street<br>San Francisco, California 94104<br>(415) 439-1400<br>michael.esser@kirkland.com<br>CA 268634 |
|---|---|

| Name of party applicant seeks to appear for: | Debtors/Appellees QVC Group, Inc. |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 7/23/2026 | Signed: | /s/ Michael P. Esser |
|---|---|---|

| The state bar reports that the applicant's status is: | **Active** |
|---|---|
| Dated: **7/24/2026** | Clerk's signature | *Mayra M. Márquez* |

| **Order** |
|---|

**This lawyer is admitted *pro hac vice*.**

Dated: _July 27, 2026_____

_____
United States District Judge