United States District Court
Southern District of Texas

**ENTERED**

July 28, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re QVC GROUP INC., | § | |
| | § | |
| Debtor. | § | |
| | § | CIVIL ACTION NO. 4:26-CV-5680 |
| | § | |
| ADAM GUI, *et al.*, | § | BANKRUPTCY CASE NO. 26-90447 |
| | § | |
| Appellants. | § | |

## **ORDER**

This is a bankruptcy appeal. Pending before the Court is Appellants' amended motion for a stay pending appeal of the bankruptcy court's confirmation order.

An appeal to a federal district court from the bankruptcy court "shall be taken in the same manner as appeals in civil proceedings generally are taken to the courts of appeals from the district courts[.]" 28 U.S.C. § 158(c)(2). A stay pending appeal is "an extraordinary remedy[,]" and the burden on the party seeking it "is a substantial one[.]" *Texas v. United States*, 40 F.4th 205, 215 (5th Cir. 2022). Four factors guide the Court's exercise of its discretion in deciding whether to grant a stay pending appeal: "1) whether the applicant has made a strong showing of likelihood to succeed on the merits; 2) whether the movant will be irreparably harmed absent a stay; 3) whether issuance of a stay will substantially injure other interested parties; and 4) where the public interest lies." *Thomas v. Bryant*, 919 F.3d 298, 303 (5th Cir. 2019).

The Court has reviewed the record and the parties' thorough briefing[1] and has concluded that Appellants have failed to carry their burden. Accordingly, Appellants' amended motion for a stay pending appeal (Dkt. 14) is respectfully **DENIED**. Appellants' original motion for a stay pending appeal (Dkt. 3) is **DENIED AS MOOT**.

SIGNED at Houston, Texas on July 28, 2026.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Appellants' motion for leave to exceed the Court's word and page limits (Dkt. 15) is **GRANTED**.